IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMMA BEAVER | : | CIVIL ACTION |
| vs. | : | |
| CLIENT SERVICES, INC. | : | NO. 08-2241 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Emma Beaver, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren, Vullings & Vassallo, LLP
1603 Rhawn Street
Philadelphia, PA 19111
215-745-9800